652 P.2d 203

**STATE of Idaho, Plaintiff-Respondent,**

v.

**Jimmy Dale RUSSELL, Defendant-Appellant.**

No. 14153.

Supreme Court of Idaho.

June 17, 1982.

Rehearing Denied Oct. 29, 1982.

Charles Johnson, III, of Idaho Legal Aid Services, Idaho Falls, for defendant-appellant.

David H. Leroy, Atty. Gen., Lynn E. Thomas, Sol. Gen., James F. Wickham, Deputy Atty. Gen., Boise, for plaintiff-respondent.

## PER CURIAM:

The appellant appeals his automatic commitment to State Hospital South pursuant to I.C. § 18–214. The only issue raised by this appeal is the constitutionality of the automatic commitment procedures of I.C. § 18–214, as measured against the due process and equal protection guarantees found in the fourteenth amendment to the United States Constitution, and Art. 1, §§ 1, 13, and 18 of the Idaho Constitution. The appellant successfully asserted the defense of mental disease or defect in the proceedings below. In light of our decision in *In re Downing*, 103 Idaho 689, 652 P.2d 193 (1982), the order of commitment is affirmed.

McFADDEN, J., concurs in the result.

BISTLINE, Justice, concurring in the result.

Because I believe that there is much in the Court's opinion in this case and the related cases argued contemporaneously, *Carter v. State*, 103 Idaho 701, 652 P.2d 649 and *Downing v. State*, 103 Idaho 689, 652 P.2d 193, which is apparently in conflict with the Court's recent opinion in *True v. State*, 103 Idaho 151, 645 P.2d 891, I am unable to join the Court's opinion, being satisfied only that the result reached therein is correct.